**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RIGOBERTO ESPINO, | ) | No. CV 10-3759-DDP (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| FERNANDO GONZALES (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: December 10, 2012

_____
DEAN D. PREGERSON
United States District Judge